UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

v.

ROBERT ALAN STROH

          Defendants.
_____/

Case No. 1:00-cr-228-01

HON. RICHARD ALAN ENSLEN

**ORDER**

In accordance with the Court's ruling from the bench on April 19, 2006;

**IT IS HEREBY ORDERED** that the Defendant is discharged from supervised release.

Dated in Kalamazoo, MI:
April 20, 2006

    /s/Richard Alan Enslen
Richard Alan Enslen
Senior United States District Judge